UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL LABOR RELATIONS BOARD,

    Applicant,

v.                                     Miscellaneous No. 10-87

GLORIA J. VERNO d/b/a JOE'S PAINTING,

    Respondent,

and

JOE'S PAINTING, INC.,

    Respondent.

## ORDER

Upon consideration of the application of the National Labor Relations Board ("Board"), pursuant to Section 11(2) of the National Labor Relations Act, 29 U.S.C. § 161(2), for an order requiring obedience with Subpoenas Duces Tecum #B-564872 and #B-564874 issued to Respondent Gloria J. Verno d/b/a Joe's Painting; and Subpoenas Duces Tecum #B-564871 and #B-564873 issued to Respondent Joe's Painting, Inc., and good cause appearing for granting the Board's application, accordingly, it is hereby:

1. **ORDERED** that on a date to be specified by the Board's Region Six office, Respondent Gloria J. Verno d/b/a Joe's Painting shall fully comply with Subpoenas Duces Tecum #B-564872 and #B-564874 and Respondent Joe's Painting, Inc. shall fully comply with Subpoenas Duces Tecum #B-564871 and #B-564873, by appearing, through Gloria Verno and Joseph Verno, with counsel at the Board's Region Six office

(1000 Liberty Avenue, Suite 904, Pittsburgh, Pennsylvania, 15222), to produce the requested documents and give testimony;

2. **IT IS FURTHER ORDERED** that ex parte contacts be permitted with Gloria Verno and Joseph Verno to allow the Board's Region Six to review the documents and obtain their testimony if counsel fails to appear;

3. **IT IS FURTHER ORDERED** that Respondents shall reimburse the Board for all costs and attorneys fees (calculated at the prevailing market rate) incurred in initiating and prosecuting this subpoena enforcement action, said amount, unless agreed upon, to be submitted to this Court for approval.

Dated at Pittsburgh, Pennsylvania, this 19th day of March, 2010.

_____
Chief United States District Judge